# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Mark Christians vs. Nancy Christiansen, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1709 for the following party(s): (please specify)

Mark Christians

☑ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Samuel Weiss     s/:

Firm Name: Rights Behind Bars

Business Address: 1800 M Street NW, Front 1 #33821

City/State/Zip: Washington, DC 20033

Telephone Number (Area Code): 202-455-4399

Email Address: sam@rightsbehindbars.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 4/16/2026 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: