IN THE UNITED STATES COURT OF
APPEALS FOR THE EIGHTH CIRCUIT

Mark Christians

Plaintiff-Appellant,

v.

No. 25-1709

Nancy Christensen, et al.

Defendants-Appellees.

## MOTION FOR AN EXTENSION TO FILE A PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

The Appellant, Mark Christians, respectfully moves for a thirty-day extension to file his petition for rehearing and rehearing en banc.

1. Appellant is incarcerated. He is currently being held in circumstances that prevent him from filing a timely petition for rehearing and rehearing en banc or filing an extension asking for more time to do so.

2. Undersigned counsel represents Mr. Christians in another matter pro bono. Mr. Christians asked him to represent him in this matter for the limited purpose of asking this Court to grant this extension and permit him time so that he can adequately represent his interests and file a petition for rehearing and rehearing en banc before the mandate issues.

# CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court grant this motion and extend the deadline for filing a petition for rehearing and rehearing en banc for thirty days to May 18, 2026.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, I electronically filed the foregoing this motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: April 17, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

Appellate Case: 25-1709    Page: 3    Date Filed: 04/17/2026 Entry ID: 5630360

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 448 words.

Date:  April 17, 2026

/s/ Samuel Weiss
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033