# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1709

Mark Christians

Appellant

v.

Nancy Christensen, Retired Unit Manager at Mike Durfee State Prison, Individual Capacity, et al.

Appellees

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:22-cv-04072-LLP)

---

## ORDER

The motion of appellant for an extension of time until May 18, 2026, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

April 20, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler