# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Mark Christians
Appellant,

v.

Nancy Christensen
Appellee.

No. 25-1709

**FILED**

APR 2 1 2026

**U.S. Court of Appeals
Eighth Circuit**

******* DISCLAIMER****** For the courts reference , This was prepared by a family member residing in Syracuse , NY with the help of CHAT GPT as dictated by Plaintiff Mark Christians.

## MOTION FOR APPOINTMENT OF COUNSEL

Appellant, **Mark Christians** , proceeding pro se, respectfully moves this Honorable Court for the appointment of counsel to represent him/her in this appeal.

This motion is made pursuant to 28 U.S.C. § 1915(e)(1) and the inherent authority of this Court.

### I. INTRODUCTION

Appellant is indigent and unable to afford counsel. Due to extraordinary circumstances—including

severe physical injury, incarceration, and complete deprivation of legal materials—Appellant is unable to adequately present this appeal without the assistance of appointed counsel.

---

## II. LEGAL STANDARD

Under 28 U.S.C. § 1915(e)(1), courts may request an attorney to represent an indigent litigant. While there is no absolute right to counsel in civil cases, the Court may appoint counsel where the circumstances warrant.

The Eighth Circuit considers several factors, including:

- The factual and legal complexity of the case
- The litigant's ability to investigate and present claims
- The existence of conflicting testimony
- The litigant's ability to articulate claims without counsel

See *Phillips v. Jasper County Jail*, 437 F.3d 791 (8th Cir. 2006).

## III. ARGUMENT

### A. APPELLANT IS INDIGENT

Appellant is currently incarcerated and lacks the financial resources to retain private counsel.

### B. APPELLANT IS UNABLE TO ADEQUATELY LITIGATE THIS CASE

Appellant's ability to litigate is severely impaired due to the following:

### 1. Confiscation of Legal Materials
Officials of the South Dakota Department of Corrections have confiscated all of Appellant's legal materials for over one month. Appellant has had no access to:

- Legal documents
- Writing materials
- Computer or tablet access

This has made it impossible to prepare legal filings.

## 2. Severe Physical Injuries

Appellant has suffered serious injuries as a result of actions by correctional officials, including:

- A severe neck injury
- Chronic and substantial pain
- Numbness in both hands
- Limited use of the dominant hand
- Near-total confinement to bed

Additionally, Appellant suffers from spinal injuries involving S1 and S2 nerve impairment, resulting in:

- Paralysis and mobility limitations
- Loss of sensation in the lower body
- Significant impairment in daily functioning

These conditions drastically limit Appellant's ability to write, type, or conduct legal work.

## C. THE CASE INVOLVES COMPLEX LEGAL AND FACTUAL ISSUES

This case involves:

- Allegations of misconduct by correctional officials
- Constitutional claims (including potential Eighth Amendment violations)
- Factual disputes requiring investigation and legal analysis

Such issues are complex and require legal training to properly present.

## D. THE INTERESTS OF JUSTICE REQUIRE APPOINTMENT OF COUNSEL

Without counsel, Appellant will be unable to meaningfully pursue this appeal. The combination of:

- Physical incapacitation
- Denial of legal access
- Incarceration

creates an extraordinary situation where appointment of counsel is necessary to

ensure fairness and due process.

## IV. CONCLUSION

Appellant has demonstrated that:

- He is indigent
- The case presents complex issues
- He is physically and practically unable to litigate
- The interests of justice strongly favor appointment of counsel

## V. REQUEST FOR RELIEF

WHEREFORE, Appellant respectfully requests that this Court:

1. Appoint counsel to represent Appellant in this appeal; and
2. Grant such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

**Mark Christians**
Jameson Prison
PO BOX 5911
Sioux Falls , SD 57117

Date: 04/16/2026

Signature: _Mark Christians_

**As power of attorney and personal representative**

Stacie Schiebler
7437 Palmcrest Rd
Syracuse , NY 13212
315-729-8955

Signature : Stace schiebler

## CERTIFICATE OF SERVICE

I hereby certify that on this __16_ day of **April** 2026, served a true and correct copy of this Motion for Appointment Of Counsel . Mailed By:

☐ U.S. Mail
☐ FedEx-UPS

Served Upon :

United States Court Of Appeals Eighth Circuit
Thomas F. Eagleton Courthouse
Susan E. Bindler , Clerk Of Court
111 South 10th Street
St.Louis , MO 63102

Signature: _Mark Christians_
**Mark Christians**

## AS POWER OF ATTORNEY AND PERSONAL REPRESENTATIVE

Stacie Schiebler
7437 Palmcrest Rd
Syracuse , NY 13212
315-729-8955

Signature: Stacie Schiebler

ORIGIN ID:SYRA (551) 414-8299
MARISSA GEBO

14 MARY STREET

AUBURN, NY 13021
UNITED STATES US

SHIP DATE: 18APR26
ACTWGT: 2.40 LB
CAD: 6572174/ROSA2

24.329

Part # 152297-435 RRDB EXP 03/27

TO UNITED STATES COURT OF APPEALS
8TH CIRCUT
111 SOUTH 10TH STREET
THOMAS F. EAGLETON COURTHOUSE
SUSAN E. BINDLER , CLERK OF COURT
ST. LOUIS MO 63102

(551) 414-8299      REF:
INV:
PO:                            DEPT:

**FedEx**
Express

E

TUE – 21 APR 5:00P

TRK# 8708 1369 7547      ** 2DAY **
0201

**SP WSTOG**

CPSA 63102
MO–US     STL



0630      MON 04/20 05:53
8TH CIRCUIT
111 S 10TH ST
THOMAS F. EAGLETON COURTHOUSE
SAINT LOUIS MO

**516-6530**
ETP:2
1195267072730006310200087081389754717      63102-1125 99      E
SP:PD:100.Y      5980809

Reusable
Sturdy Pak

# Recycle me.