# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

**Mark Christians**
Appellant,

v.

**Nancy Christensen , et AL.,**
Appellee.

No. 25-1709

**FILED**

APR 2 1 2026

U.S. Court of Appeals
Eighth Circuit

_____ ******* DISCLAIMER****** For the courts reference , This was prepared by a family member residing in Syracuse , NY with the help of CHAT GPT as dictated by Plaintiff Mark Christians.

## MOTION TO STAY PROCEEDINGS

Appellant, **Mark Christians**, proceeding pro se, respectfully moves this Honorable Court for an order staying all appellate proceedings in this matter for good cause shown.

This motion is made pursuant to Federal Rule of Appellate Procedure 27 and the inherent authority of this Court to control its docket.

## I. INTRODUCTION

Appellant seeks a temporary stay of proceedings due to extraordinary and ongoing circumstances that make it impossible to meaningfully participate in this appeal.

Specifically, Appellant has been deprived of all legal materials by correctional officials and is suffering from severe physical injuries that significantly impair the ability to prepare filings or litigate this case.

Absent a stay, Appellant will be effectively denied meaningful access to the Court.

## II. LEGAL STANDARD

Federal courts have inherent authority to stay proceedings in the interest of justice and to manage their dockets efficiently.

In *Landis v. North American Co.*, 299 U.S. 248 (1936), the Supreme Court held that a court has broad discretion to stay proceedings where doing so promotes fairness and judicial economy.

Courts generally consider:

1. The hardship or inequity to the moving party if the case proceeds
2. The potential prejudice to the non-moving party
3. The interests of judicial efficiency and fairness

See also *Clinton v. Jones*, 520 U.S. 681 (1997), recognizing the court's discretion to stay proceedings based on the circumstances of the case.

## III. ARGUMENT

## A. APPELLANT WILL SUFFER EXTREME HARDSHIP WITHOUT A STAY

Appellant is currently unable to participate in this litigation due to circumstances entirely outside of his/her control.

### 1. Complete Deprivation of Legal Materials

For over one month, officials of the South Dakota Department of Corrections have confiscated 100% of Appellant's legal materials.

Appellant has no access to:

- Legal documents
- Writing materials (pen/paper)
- Any computer or tablet

This has made it impossible to prepare or submit filings.

## 2. Severe Medical Incapacity

Appellant has suffered serious physical injuries, including:

- Severe neck injury
- Chronic and debilitating pain
- Numbness in both hands
- Limited use of the dominant hand
- Near-total confinement to bed

Additionally, Appellant suffers from spinal injuries involving S1 and S2 nerve impairment, resulting in:

- Paralysis and mobility limitations
- Loss of sensation in the lower body

These conditions prevent Appellant from performing even basic legal tasks.

## B. THE BALANCE OF EQUITIES STRONGLY FAVORS A STAY

Under *Landis*, the balance of equities overwhelmingly supports granting a stay:

- **Hardship to Appellant:** Extreme and ongoing
- **Prejudice to Appellee:** Minimal, as a temporary delay does not affect substantive rights
- **Judicial efficiency:** A stay prevents incomplete or inadequate filings and promotes orderly litigation

## C. DENIAL OF A STAY WOULD EFFECTIVELY DENY ACCESS TO THE COURTS

The Constitution guarantees meaningful access to the courts. Proceeding under current conditions would effectively deny Appellant that right.

Courts recognize that where a litigant is physically or practically unable to proceed, a stay is appropriate to preserve fairness and due process.

## D. THE REQUESTED STAY IS REASONABLE AND NECESSARY

Appellant requests a temporary stay sufficient to allow:

- Restoration of access to legal materials; and/or
- Improvement in medical condition sufficient to permit participation

A stay to a date that is fully dependent on Christians recovering from his injuries , the defendants return all of appellants legal materials regarding this case & adequate access to the courts to include document production based on his needs. This is reasonable under the circumstances.

## IV. CONCLUSION

Appellant has demonstrated compelling and extraordinary circumstances warranting a stay, including:

- Total deprivation of legal materials
- Severe physical incapacitation
- Inability to meaningfully participate in the appeal

Accordingly, a stay is necessary to ensure fairness and justice.

## V. REQUEST FOR RELIEF

WHEREFORE, Appellant respectfully requests that this Court:

1. Stay all proceedings in this matter for a period of **a Minimum 60–90 days** or until further order of the Court;
2. Toll any applicable deadlines during the stay; and
3. Grant such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

**Mark Christians**
Jameson Prison
PO BOX 5911
Sioux Falls , SD

Date: 4/16/2026

Signature: _Mark Christians_

As Power of attorney and personal representative

Stacie Schiebler
7437 Palmcrest Rd
Syracuse , NY 13212
315-729-8955

Signature: Stacie Schiebler

## CERTIFICATE OF SERVICE

I hereby certify that on this _16_ day of **April 2026**, I served a true and correct copy of this Motion to Stay Proceedings mailed by:

☐ U.S. Mail
☐ FedEx-UPS

**Addressed to:**

**United States Court of Appeals Eighth Circuit**
**Thomas F. Eagleton Courthouse**
**Susan E. Bindler , Clerk of Court**
111 South 10th St
St.Louis , MO 63102

Signature: _Mark Christians_
**Mark Christians**

**As Power of Attorney and personal representative**

**Stacie Schiebler**

7437 Palmcrest Rd

Syracuse , NY 13212

315-729-8955

Signature: Stacie Schiebler

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:SYRA (551) 414-8299
MARISSA GEBO

14 MARY STREET

AUBURN, NY 13021
UNITED STATES US

SHIP DATE: 18APR26
ACTWGT: 2.40 LB
CAD: 6572174/ROSA2

24.329

TO **UNITED STATES COURT OF APPEALS**
**8TH CIRCUT**
**111 SOUTH 10TH STREET**
**THOMAS F. EAGLETON COURTHOUSE**
**SUSAN E. BINDLER , CLERK OF COURT**
**ST. LOUIS MO 63102**
(551) 414-8299    REF:

**FedEx**
Express

**E**

TUE – 21 APR 5:00P
TRK# 8708 1369 7547    ** 2DAY **

**SP WSTOG**    CPSA 63102
MO–US    STL



516-6530

Reusable
Sturdy Pak
Recycle me.