# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Mark Christians
Appellant,

v.

Nancy Christensen , et AL.,
Appellee.

No. 25-1709

FILED

APR 2 1 2026

U.S. Court of Appeals
Eighth Circuit

******* DISCLAIMER****** For the courts reference , This was prepared by a family member residing in Syracuse , NY with the help of CHAT GPT as dictated by Plaintiff Mark Christians.

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN banc

Appellant, **Mark Christians**, respectfully moves this Honorable Court for an extension of time to file his **Petition for Rehearing EN banc** pursuant to Federal Rule of Appellate Procedure 26(b).

This motion is based upon extraordinary circumstances constituting both good cause and excusable neglect, as set forth below.

## BACKGROUND

1.   Appellant filed a Notice of Appeal on **April 16th , 2026.**
2.   The Court set a deadline of **April ,17 2026** for filing Appellant's Petition for Rehearing EN banc
3.   Due to circumstances entirely outside of Appellant's control, Appellant has been unable to comply with this deadline.

## GROUNDS FOR EXTENSION

# 1. CONFISCATION OF ALL LEGAL MATERIALS

For over one month, officials of the South Dakota Department of Corrections have confiscated **100% of Appellant's legal materials.**

During this time, Appellant has had:

- No access to legal documents
- No access to pen or paper
- No access to any computer or tablet

This complete deprivation has made it impossible for Appellant to prepare, draft, or file the required appellate brief.

# 2. SEVERE PHYSICAL INJURY AND MEDICAL INCAPACITATION

Appellant has also suffered severe physical injuries resulting from an attack by South Dakota Department of Corrections officials.

As a result, Appellant is experiencing:

- Severe neck injury
- Constant and significant pain
- Pain radiating through both upper extremities
- Numbness in multiple digits on both hands
- Limited use of the dominant hand
- Near-total confinement to bed (nearly 24 hours per day)

Additionally, Appellant has sustained spinal injuries involving **S1 and S2 nerve impairment**, resulting in:

- Paralysis and reduced mobility
- Loss of sensation in hips and right leg extending to the foot
- Significant limitations in movement and function

These conditions severely impair Appellant's ability to write, type, or otherwise prepare legal filings.

# 3. LEGAL STANDARD

Under Federal Rule of Appellate Procedure 26(b), this Court may grant an extension for good cause.

Where a deadline has passed, courts also consider whether excusable neglect exists. In *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993), the Supreme Court held that excusable neglect is determined by considering all relevant circumstances, including the reason for delay, whether it was within the movant's control, prejudice to the opposing party, and good faith.

The Eighth Circuit applies this standard as seen in *Lowry v. McDonnell Douglas Corp.*, 211 F.3d 457 (8th Cir. 2000).

## 4. GOOD CAUSE AND EXCUSABLE NEGLECT ARE PRESENT

The delay in this case is due to extraordinary circumstances completely outside of Appellant's control, including:

- Total deprivation of legal materials
- Lack of any means to draft or submit filings
- Severe physical injuries and medical incapacitation

Appellant has acted in good faith and brings this motion as soon as reasonably possible under the circumstances.

## 5. NO PREJUDICE TO APPELLEE

Granting this motion will not prejudice Appellee. The requested extension is reasonable and necessary to allow Appellant a fair opportunity to present his/her case.

## REQUEST FOR RELIEF

WHEREFORE, Appellant respectfully requests that this Court:

1. Grant an extension of time until **June 16th , 2026** to file the required **Petition for Rehearing EN banc.** If a 60 day extension is unacceptable for this court appellate will request a minimum of 30 day extension to May 18th . To re assess the issues at that time .
2. Grant such other and further relief as the Court deems just and proper.

## CONCLUSION

Appellant has demonstrated both good cause and excusable neglect due to:

- Confiscation of all legal materials by correctional officials
- Severe and debilitating physical injuries
- Circumstances entirely beyond Appellant's control

In the interest of justice, this Court should grant the requested extension.

**Respectfully submitted,**

**Mark Christians**
Jameson Prison
PO BOX 5911
Sioux Falls , SD 57117

Date: __04/16/2026_____

Signature: _Mark Christians_

AS OF POWER OF ATTORNEY AND PERSONAL REPRESENTATIVE

Stacie Schiebler
7437 Palmcrest Rd
Syracuse , NY 13212
315-729-8955

Signature: Stacie Schiebler

## CERTIFICATE OF SERVICE

I hereby certify that on this _16_ day of **April** **2026,** I served a true and correct copy of the foregoing Motion for Extension of Time mailed through :

☐ U.S. Mail
☐ Institutional mailing system
☐ FedEx-UPS

Served upon:

United States court of Appeals for the Eighth Circuit
**Thomas F. Eagleton Courthouse**
**Susan E. Bindler , Clerk of Court**
111 South 10th Street
St.Louis , MO 63102

———

Signature: _Mark Christians_
**Mark Christians**
**Jameson Prison**
**PO BOX 5911**
**Sioux Falls , SD 57117**

**AS OF POWER OF ATTORNEY AND PERSONAL REPRESENTATIVE**

Stacie Schiebler
7437 Palmcrest Rd
Syracuse , NY 13212
315-729-8956

**Signature:** Stacie Schiebler

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:SYRA (551) 414-8299
MARISSA GEBO

14 MARY STREET

AUBURN, NY 13021
UNITED STATES US

SHIP DATE: 18APR26
ACTWGT: 2.40 LB
CAD: 6572174/ROSA2

24.329

Part # 152297-435 RRDB EXP 03/27

TO **UNITED STATES COURT OF APPEALS**
**8TH CIRCUT**
**111 SOUTH 10TH STREET**
**THOMAS F. EAGLETON COURTHOUSE**
**SUSAN E. BINDLER , CLERK OF COURT**
**ST. LOUIS MO 63102**

(551) 414-8299        REF:
INV:
PO:                          DEPT:

**FedEx**
Express

**E**

TRK# 8708 1369 7547
0201

TUE — 21 APR 5:00P
** 2DAY **

**SP WSTOG**

CPSA 63102
MO-US    STL

0630    MON 04/20 05:53
8TH CIRCUIT
111 S 10TH ST
THOMAS F. EAGLETON COURTHOUSE
SAINT LOUIS MO

**516-6530**

ETP-2
119526707273000631020008708138697547

63102-1125 99

E

5980809



eusable
turdy Pak
Recycle me.

24.329