IN THE UNITED STATES COURT OF
APPEALS FOR THE EIGHTH CIRCUIT

Mark Christians

       Plaintiff-Appellant,

       v.

Nancy Christensen, et al.

       Defendants-Appellees.

No. 25-1709

## MOTION TO WITHDRAW

Undersigned counsel respectfully moves to withdraw as counsel.

1. Appellant is incarcerated. He was being held in circumstances that he feared would prevent him from filing a timely petition for rehearing and rehearing en banc or filing an extension asking for more time to do so in this case.

2. Undersigned counsel represents Mr. Christians in another matter pro bono. Mr. Christians asked him to represent him in this matter for the sole purpose of asking this Court to grant an extension and permit him time so that he can adequately represent his interests and file a petition for rehearing and rehearing en banc before the mandate issues.

3. Undersigned counsel has now filed such a motion, and this Court has granted it. As the scope of his representation was solely to file such a motion to prevent Mr. Christians from losing his opportunity to file his petition, he now seeks to withdraw so that Mr. Christians can continue litigatin his case pro se.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court grant his motion to withdraw.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, I electronically filed the foregoing this motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: April 22, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 180 words.

Date: April 22, 2026

/s/ Samuel Weiss
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033