# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 25-1709

Mark Christians

Appellant

v.

Nancy Christensen, Retired Unit Manager at Mike Durfee State Prison, Individual Capacity, et al.

Appellees

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:22-cv-04072-LLP)

---

## ORDER

Appellant's Motion for Appointment of Counsel, Motion To Stay Proceedings, and Motion for Extension of Time to File Petition for Rehearing En Banc are denied. Our Order dated April 20, 2026 granting an extension of time to file a petition for rehearing until May 18, 2026, remains in effect. If a petition for rehearing is not received by the clerk's office on or before May 18, Docket No. 25-1709 will be closed and our mandate will issue forthwith.

April 23, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler