# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 25-1709

Mark Christians

Appellant

v.

Nancy Christensen, Retired Unit Manager at Mike Durfee State Prison, Individual Capacity, et al.

Appellees

---

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:22-cv-04072-LLP)

---

**ORDER**

The motion to withdraw as counsel is granted.  Samuel Weiss is granted leave to withdraw from this case.

April 24, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler